IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED
2005 NOV 22 PM 1:03

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | FILE UNDER SEAL |
| Plaintiff, ) | Cr. No. 05-20406-D An |
| vs. ) | 21 U.S.C. § 846 |
| CALVIN DEREZ STEVENSON ) a/k/a "SCOOTER", ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

Beginning at a time unknown to the Grand Jury, but at least from in or about 2001, through at least on or about September 30, 2003, in the Western District of Tennessee and elsewhere, the defendant,

------------------------------- **CALVIN DEREZ STEVENSON** -------------------------------
a/k/a
-----------------------------------------"SCOOTER" -------------------------------------------

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree with Lermedeyo Malone, and with other persons both known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute in excess of 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/30/05



as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____
**FOREPERSON**

DATED: November 22, 2005

_____
**UNITED STATES ATTORNEY**

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20406 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT